■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CORDERO, Appellant. [924 NYS2d 914]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Harold A. Adler, J.), rendered on or about March 17, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P., Acosta, Freedman, Richter and Abdus-Salaam, JJ.